IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATHAN JERROME JACKSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0995

Opinion filed August 3, 2017.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Nathan Jerrome Jackson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

 WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.